[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11895

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

GREGORY ARCHIE GREEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 1:18-cr-00101-LSC-GMB-9

_____

Before JORDAN, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

Gregory Green appeals the substantive reasonableness of his 18-month sentence following his supervised release revocation. But he has now served all of that sentence, so a ruling in his favor wouldn't provide him any relief. As the parties acknowledge, Green's appeal is moot for that reason. *See United States v. Farmer*, 923 F.2d 1557, 1568 (11th Cir. 1991) (holding that where an "[a]ppellant has completed his sentence," an "appeal on [a sentencing] issue" is moot). We thus dismiss his appeal.

**APPEAL DISMISSED.**